Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT HARRIS, individually and on behalf of all others similarly situated, | Case No.  8:18-cv-02049-JLS-KES |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| vs. | |
| FREEPORT VENTURES, LLC d/b/a VALIANT AUTO LLC d/b/a AUTOMOTIVE SERVICES CENTER, and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative

class action because this action has not been certified as a class.[1]  Per the Court's standing Order, Plaintiff has submitted the Settlement Agreement under seal as well as the attached declaration of counsel.

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class alleged in the complaint.

Respectfully submitted this June 25, 2019

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs


By: s/Genevieve Bradley
GENEVIEVE BRADLEY
Attorneys for Defendant,
FREEPORT VENTURES, LLC.

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

Filed electronically on this 25th Day of June, 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Josephine L. Staton
United States District Court
Central District of California

And all attorneys on ECF.

This 25th Day of June, 2019.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN