JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FREEPORT VENTURES, LLC d/b/a VALIANT AUTO LLC d/b/a AUTOMOTIVE SERVICES CENTER, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 8:18-cv-02049-JLS-KES<br><br>**ORDER** |

Pursuant to the Stipulation of the Parties, the entire case is DISMISSED with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated: July 22, 2019

_____
The Honorable Josephine L. Staton
United States District Judge

1